IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02835-KLM

STEVEN MALCOLM,

              Plaintiff,

v.

REYNOLDS POLYMER TECHNOLOGY, INC.,
a foreign company,

              Defendants.

---

## NOTICE OF RELATED CASES

---

Plaintiff, Steve Malcolm by and through undersigned counsel, hereby submits this Notice of Related Cases as required by Local Rule 3.2.  Plaintiff has filed the following related actions:

1. United States District Court for the District of Nevada
   *Steven Malcolm v. Acrylic Tank Manufacturing, Inc.*
   Case No.    2-17-cv-01108-JCM-PAL

   This action arises out of Plaintiff's claims for damages to his home when the Aquarium supplied and installed by Defendant Acrylic Tank Manufacturing suddenly collapsed on November 30, 2015.

2. United States District Court for the District of Colorado
   *Steven Malcolm v. Reynolds Polymer Technology, Inc.*
   Civil Action No. 17-cv-02835-KLM

   This action arises out of Plaintiff's claims for damages to his home when the polymer shell making up the tank of the aquarium, which was fabricated by Defendant Reynolds Polymer Technology, suddenly collapsed on November 30, 2015.

Both cases involve the collapse of the Aquarium that caused damage to Plaintiff's home and personal property.

A Notice of Related Cases was filed in the District Court of Nevada on February 2, 2018.

DATED this 5th day of February, 2018.

FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC

By: _s/ Jeri J. Wettestad_
    Jeri J. Wettestad, # 33719
    1600 Broadway, Suite 2425
    Denver, Colorado 80202
    (720) 336-2244
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 5, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Roy C. Bash
Richard M. Murray
Jennifer W. Vedra
POLSINELLI PC
1401 Lawrence Street, Ste. 2300
Denver, CO 80202
(303) 572-9300
rbash@polsinelli.com
rmurray@polsinelli.com
jvedra@polsinelli.com
*Attorneys for Defendant*

_s/ Letitia Conroy_
Letitia Conroy