IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02835-WJM-KLM

STEVEN MALCOLM,

      Plaintiff,

v.

REYNOLDS POLYMER TECHNOLOGY, INC., a foreign company,

      Defendant.

_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Status Report Re: Outcome of Mediation, Related Case and Discovery** [#41] (the "Status Report").  A stay was previously imposed in this matter pending the outcome of the parties' mediation. *Order* [#40].

In the Status Report, the parties explain that they attended a mediation conference on August 15, 2018, which did not result in a settlement of this case. *See* [#41].  The parties now request to submit a proposed discovery plan. *Id.*  Accordingly,

IT IS HEREBY **ORDERED** that the stay imposed in this matter on July 27, 2018, is **LIFTED**.

IT IS FURTHER **ORDERED** that the parties shall file a Joint Proposed Scheduling Order with the Court **on or before September 14, 2018**, which shall set forth: the number of depositions, requests for admission, requests for production, and interrogatories sought by each party; the number of expert witnesses needed by each party; and the proposed deadlines for expert disclosure, discovery, and dispositive motions.

Dated:  August 30, 2018