## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02835-WJM-KLM

STEVEN MALCOLM,

Plaintiff,

v.

REYNOLDS POLYMER TECHNOLOGY, INC.,
a foreign company,

Defendant,

and

ACRYLIC TANK MANUFACTURING OF NEVADA,
a Nevada Corporation,

Intervenor-Defendant.

---

## NOTICE OF ORDER ON JOINT MOTION FOR ISSUANCE OF LETTERS OF REQUEST IN RELATED NEVADA ACTION

---

Notice is hereby provided that the attached Exhibit A is an order entered on December 26, 2018 from the related action in Nevada which grants the parties in that action an Order to issue letters of request.  An identical Joint Motion with the same exhibits was filed with the Nevada District Court on December 26, 2018 (ECF No. 124).  In order for Defendant Reynolds Polymer Technology Inc. to participate in the trial testimony taken in the United Kingdom, an Order is also required from this Court.

DATED this 27th day of December, 2018.

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

By:  *s/ Diana R. Lotfi*
James B. Glennon
222 N. LaSalle Street, Ste. 1400
Chicago, IL 60601
(312) 863-5000
jglennon@fgppr.com

Diana R. Lotfi
38 Corporate Park
Irvine, CA 92606
(949) 791-1060
dlotfi@fgppr.com

***Attorneys for Plaintiff*** Steven Malcolm